**Duncan H. NEWELL, Executor of the Last Will and Testament of Lillie C. Newell, Deceased, and Duncan H. Newell, Jr., an Infant, by His Next Friend and Father, Duncan H. Newell, Plaintiffs-Appellants, v. George S. CAPELLE, Jr., and Wilmington Trust Company, Executors Under the Last Will and Testament of George S. Capelle, George S. Capelle, Jr., Individually, and Wilmington Trust Company, Individually, Defendants-Appellees.**

No. 6209.

Circuit Court of Appeals, Third Circuit.

Dec. 10, 1936.

For opinion below, see 14 F.Supp. 147.

John S. Oberly, of Philadelphia, Pa., and H. G. Eastburn, of Wilmington, Del., for appellants.

Aaron Finger and Richards, Layton & Finger, all of Wilmington, Del., for appellees.

Before BUFFINGTON and THOMPSON, Circuit Judges, and MARIS, District Judge.

PER CURIAM.

After full argument and careful consideration of this case, we are of opinion that the court below correctly decided the issues of fact and law which were involved. We do not deem it necessary to add to the careful and satisfactory opinion filed by

Judge Nields. (D.C.) 14 F.Supp. 147. For the reasons therein set forth, the decree is affirmed.